Pro Se 11 (Rev. 12/16) Third–Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

Division

Ryan Elliot Fehderau
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

~~First~~ United States of America
*Defendant, ~~Third-party plaintiff(s)~~*
(Write the full name of each defendant/third–party plaintiff. If the names of all the defendants/third–party plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

First National of Nebraska, Inc.
*~~Third-party~~ defendant(s)*
(Write the full name of each third–party defendant. If the names of all the third–party defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:19cv13
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ~~Yes~~ ☒ No

$10,000,000

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 JAN 11 PM 3:06
OFFICE OF THE CLERK

~~THIRD–PARTY COMPLAINT~~

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ryan Elliot Fehderau |
| Street Address | 16415 Saratoga St |
| City and County | Omaha Douglas |
| State and Zip Code | Nebraska 68116 |
| Telephone Number | 402 709 2046 |
| E-mail Address *(if known)* | rfehderau@gmail.com |

Pro Se 11 (Rev. 12/16) Third-Party Complaint

**B.    The Defendant(s)/~~Third-Party Plaintiff(s)~~**

Provide the information below for each defendant/third-party plaintiff named in the complaint. Attach additional pages if needed.

Name: United States of America, Department of Labor: Wage and Hour Division
Street Address: 222 S 15th Street, Suite 504A
City and County: Omaha, Douglas
State and Zip Code: Nebraska 68116
Telephone Number: 402 221 4695
E-mail Address:

**C.    ~~The Third-Party~~ Defendant(s)**

Provide the information below for each third-party defendant named in the complaint, whether the third-party defendant is an individual, a government agency, an organization, or a corporation. For an individual third-party defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Third-Party Defendant No. 1

Name: First National of Nebraska, Inc.
Job or Title *(if known)*:
Street Address: 1601 Dodge St
City and County: Omaha Douglas
State and Zip Code: Nebraska 68102
Telephone Number: 1-855-470-3777
E-mail Address *(if known)*:

Third-Party Defendant No. 2

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Pro Se 11 (Rev. 12/16) Third-Party Complaint

Third-Party Defendant No. 3
   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address *(if known)*

Third-Party Defendant No. 4
   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address *(if known)*

## II. Initial Complaint

A. Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

   Family Medical Leave Act. Termination.

B. State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

## III. ~~Third-Party Complaint~~

A. Describe the nature of the relationship between you and the third-party defendant. Attach any contracts or documents showing the nature of the relationship.

Pro Se 11 (Rev. 12/16) Third-Party Complaint

~~[struck through]~~
Family Medical Leave Act

B. Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third-party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third-party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third-party defendant.

Law

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/11/2019

Signature of ~~Defendant/Third-Party~~ Plaintiff: *Ryan Elliot Fehderau*
Printed Name of ~~Defendant/Third-Party~~ Plaintiff: Ryan Elliot Fehderau

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 11 (Rev. 12/16) Third-Party Complaint

Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address